# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHAN O. KEYES,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security;<br><br>　　　　　　　　Defendant. | 8:18CV569<br><br>**ORDER** |

Plaintiff has submitted a motion to proceed in forma pauperis. (Filing No. 2.) After reviewing the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the complaint and accompanying pleadings without the prepayment of costs or fees.

Dated this 10th day of December, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge