IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHAN O. KEYES,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | 8:18CV569<br><br>**JUDGMENT** |

  Pursuant to the Order (Filing No. 24) entered today, judgment is entered in favor of plaintiff Nathan O. Keyes ("Keyes") and against defendant Andrew M. Saul, Commissioner of Social Security. Keyes is awarded attorney fees in the amount of $3,398.55. *See* 28 U.S.C. § 2412(d).

  Dated this 11th day of May 2020.

                     BY THE COURT:

                     */s/ Robert F. Rossiter, Jr.*
                     Robert F. Rossiter, Jr.
                     United States District Judge